UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re   Janie E. Funkhouser                                Case No.

Debtor.                                                    Chapter   7

## STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income.

| Income:                                       | Debtor      |
|-----------------------------------------------|-------------|
| Six months ago                                | $8,956.00   |
| Five months ago                               | $8,956.00   |
| Four months ago                               | $8,956.00   |
| Three months ago                              | $8,956.00   |
| Two months ago                                | $8,956.00   |
| Last month                                    | $8,956.00   |
| Income from other sources                     | $1,920.00   |
| Total gross income for six months preceding filing | $55,656.00 |
| **Average Monthly Net Income**                | $9,276.00   |

FILED
JUL 18 2008
Clerk
U.S. Bankruptcy Court for D.C.

Attached are all payment advices received by the undersigned debtor prior to the petition date, I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: _____

_____
Janie E. Funkhouser
Debtor