**OSTKA (02/03)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 565−2500
www.dcb.uscourts.gov

**In Re**                                                                                          **Case No.** 08−00502

Janie E. Funkhouser

**Debtor**                                                                                        **Chapter** 7

### ORDER STRIKING APPEARANCE OF ATTORNEY

==========================================

In accordance with the court's Standing Order, Section 6*, it is

ORDERED that the appearance of Michael A. Liberman as attorney in this case, by way of a document or documents bearing Docket Entry No: 1, Voluntary Petition , is STRICKEN without prejudice.

Dated: 7/18/08                                                For the Court:
                                                              Clerk of the Court


                                                              BY:  rm


* Standing Order, Section 6 is available on the Court's web site at www.dcb.uscourts.gov/localrules.htm.